_____
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 Highway 33, Suite 112, PO Box 667
Neptune, NJ 07753
bkwoliver@aol.com
732-988-1500/FAX 732-775-7404
_____

In re:

KELLY ANN SINGER,

           Debtor
_____

Order Filed on April 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  17-18634

Chapter: 13

Hearing Date: n/a

Judge:  MBK

## CORRECTED
## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, number two (2) through __2__ is hereby **ORDERED.**

**DATED: April 16, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $_____400____ for services rendered and expenses in the amount of  $___n/a____ for a total of $_____400____.  The allowance shall be payable:

_XX_ through the Chapter 13 plan as an administrative priority.

____ outside the plan.

The debtor's monthly plan is modified to require a payment of $__2,094___ per month for ___49___ months to allow for payment of the aforesaid fee.